# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| | |
|---|---|
| 1. Person Reporting (Last name, first, middle initial)<br>Boggs, Danny J. | 2. Court or Organization<br>Sixth Circuit Court of Appeals |

| 3. Date of Report |
|---|
| 5/13/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>01/01/04 - 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address<br>220 U.S. Courthouse Bldg.<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Trustee | Foundation for Research on Economy & Environment |
| 2 Board Member | The Lexington School |
| 3 Executive Committee Member | Appellate Judges Education Institute |
| 4 Counselor | Louis D. Brandeis American Inn of Court |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED MAY 20 10 30 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | Administrative Review Board & Benefits Review Board, Department of Labor | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 5/13/05 |

$

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | American Bar Association, Appellate Judges Conference | 2/7-9 - Transportation, lodging and meals for Midyear Meeting of American Bar Association in San Antonio, Texas. |
| 2 | The Federalist Society | 2/20-22 - Transportation, lodging and meals for moderating session at annual convention at Vanderbilt University, Nashville, Tennessee. |
| 3 | The Liberty Fund | 4/1-4 - Transportation, lodging and meals to participate in Colloquium in Seattle, Washington. |
| 4 | George Mason University School of Law | 5/15-16 - Transportation and meals to deliver law school commencement address, Arlington, Virginia. |
| 5 | The Federalist Society | 9/22-23 - Transportation, lodging and meals for speech to students at Yale Law School, New Haven, Connecticut. |
| 6 | George Mason University School of Law Law & Economics Center | 9/30-10/3 - Transportation, lodging and meals to participate in conference on Churchill the Visionary, La Jolla, California |
| 7 | Appellate Judges Education Institute | 11/12-13 - Transportation, lodging and meals as speaker at the Appellate Judges Education Seminar in Dallas, Texas. |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Sallie Mae Loan Corp. - Wilkes Barre, PA | Student Loans | L |
| 2 | MBNA American Bank — Wilmington, DE | Credit Card Loan for Education | K |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Boggs, Danny J. | 5/13/05 |

| | | |
|---|---|---|
| US Bank Home Mortgage – Owensboro, KY | Mortgage on Bowling Green Rental House | K |
| Bank One - Wilmington, DE | Credit Card Loan | L |
| American Express Optima - Chicago, IL | Credit Card Loan for Education | K |
| Chase - Wilmington, DE | Credit Card Loan | J |
| Discover - Wilmington, DE | Credit Card Loan | None |
| Citibank-New York, NY | Credit Card Loan | K |
| | | |
| | | |

Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-
P3=$25,000,001-$50,000,000 P4=$50,000,000 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 ½ interest in rental house, in Bowling Green, KY | B | Rent | K | Q | | | | | |
| 2 Bank One, Louisville, KY (checking account) | A | Int | L | T | | | | | |
| 3 House in Arlington, VA | | | | | Sold | 1/9/04 | O | G | Mr. & Mrs. Eric Murdock |
| 4 Carriage house on ▮▮▮ residence property, Louisville, KY | D | Rent | M | Q | ... | | | | |
| 5 IRA Account - Bank One, Louisville, KY | A | Int/Div | L | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period Amount Code 1 (A-H) | A. Type (e.g. div. rent or int.) | B. Gross value at end of reporting period Value Code 2 (J-P) | B. Value Method Code 3 (Q-W) | C. Transactions during reporting period Type (e.g. buy, sell, merger, redemption) | C. If not exempt from disclosure Date Month Day | C. Value Code 2 (J-P) | C. Gain Code 1 (A-H) | C. Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 6 Israel Bonds | A | Int | J | T | | | | | |
| 7 Wachovia Sec. IRA Account (S) | A | Int | L | T | | | | | |
| 8 Wachovia Sec. Account Standard & Poor Deposit Receipts, & Cash Funds | D | Div | N | T | Buy | 1/16/04 | N | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated